IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:16-CV-261-RJC-DCK

| | |
|---|---|
| **DELIGHT WOOD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| **SANOFI S.A., AVENTIS PHARMA S.A,** | ) |
| **and SANOFI-AVENTIS U.S. LLC,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Daniel Kent Bryson, concerning J. Kyle Bachus on July 6, 2016.  Mr. J. Kyle Bachus seeks to appear as counsel *pro hac vice* for Plaintiff Delight Wood.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.**  Mr. J. Kyle Bachus is hereby admitted *pro hac vice* to represent Plaintiff Delight Wood.

**SO ORDERED**.

Signed: July 7, 2016

David C. Keesler
United States Magistrate Judge